Wм. GRAFTON and JOSEPH HOLLINGSWORTH *v.* PHILIP BRADY.

On a bill for a discovery in aid of a defense at law, an injunction was granted restraining further proceedings in the action at law. The defendant answered the bill, denying its allegations, and making no discovery. Injunction dissolved.

The case was submitted on bill and answer, without argument.

*O. S. Halsted, Junr.,* for complainant.

*J. Chetwood* for defendant.

THE CHANCELLOR. This is a bill for discovery in aid of a defense in a suit at law, and praying an injunction restraining proceedings in that suit; which was granted. The defendant has answered, denying the allegations of the bill in reference to which a discovery was sought, and making no discovery. The injunction falls of course.